# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

147796 & (23)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DETROIT MEDICAL CENTER,
       Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant-Appellant.

SC: 147796
COA: 316945
Wayne CC: 13-004305-NF

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013



Clerk

h1216